JOHN HOLDSWORTH and Another and PROSE MACO MANUFACTURING Co. v. BROOKLYN TECH COMPLETION CORPORATION and Others, Impleaded, etc.— Motions for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

VIVIAN LASSER and SAMUEL LASSER v. ALLSTATE INSURANCE COMPANY and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

### (October 15, 1937.)

MINNIE S. ROGERS and Others, Respondents, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant,— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of MARTHA GOODSTEIN, Petitioner, for a Certiorari Order against STATE LIQUOR AUTHORITY OF THE STATE OF NEW YORK, Respondent.— Order of certiorari unanimously dismissed and determination of respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

NEW YORK FIRST HUNGARIAN BENEVOLENT AND SOCIAL SOCIETY, Respondent, v. JULIUS J. VOLGYI, Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE CITY OF NEW YORK, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

MARCEL M. HOLZER, Respondent, v. DEUTSCHE REICHSBAHN-GESELLSCHAFT, Appellant, DEUTSCHE VERKEHRS-KREDIT BANK AKTIEN-GESELLSCHAFT, TRANS: PORTBANK AKTIEN-GESELLSCHAFT, Defendants, and SCHENKER & Co., G. m. b. H., Defendant, Appellant. THE GOVERNMENT OF GERMANY, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., taking no part. [159 Misc. 830; 160 id. 597.]

STEFAN FERENS, as Ancillary Administrator, etc., of JOHN, Also Known as JAN KRZYZANOWSKI, Respondent, v. ADAM HEYDEL, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to serve an amended answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.